Núm. 9761.—PUEBLO, apldo. *v.* ACOSTA, aplte.—C. D. San Jua
Mutilación. Marzo 1, 1943.

Llamado hoy este caso para vista comparecieron el apelante e
persona y el fiscal. Oído el primero y no habiendo hecho alegació
alguna que justifique la revocación del recurso o la posposición de
vista, el Tribunal, apareciendo que el apelante tampoco ha radicad
alegato, declara con lugar la moción verbal del apelado para que s
desestime, como se desestima el recurso por abandono.

El Juez Asociado Sr. De Jesús no intervino.

Las siguientes causas fueron desestimadas por abandono:

Núms. 9537, 9538, 9540, 9541, 9542, 9547, 9549, 9550, 9552, 955
9554, 9555, 9556, 9557, 9558, 9559, 9560, 9561, 9562, 9563, 956
9566, 9567, 9568, 9570, 9571, 9572, 9574, 9575, 9576, 9577, 958(
9582, 9583, 9584, 9585, 9586, 9587, 9588, 9589, 9590, 9592, 959
9597, 9604, 9605, 9607, 9608, 9609, 9610, 9611, 9612, 9613, 961
9616, 9617, 9618, 9619, 9620, 9625, 9626, 9629, 9632, 9639, 964(
9641, 9642, 9643, 9644, 9645, 9648, 9651, 9652, 9653, 9654, 965
9656, 9657, 9658, 9659, 9660, 9661, 9662, 9669, 9670, 9671, 9672
9673, 9675, 9676, 9677, 9678, 9682, 9683, 9684, 9685, 9686, 9687
9688, 9689, 9690, 9691, 9692, 9693, 9694, 9695, 9696, 9697, 9698
9699, 9700, 9701, 9702, 9703, 9706, 9707, 9708, 9709, 9710, 9711
9712, 9713. 9714, 9721, 9725, 9732, 9733, 9734, 9741, 9747, 9748
9749, 9750, 9755, 9756, 9758, 9759, 9760, 9762, 9763, 9764, 9765
9766, 9767, 9772, 9777, 9778, 9785, 9786, 9790, 9791, 9794, 9795
9796, 9797, 9799, 9801, 9806, 9809, 9812, 9814, 9816, 9820, 9833
9837, 9838, 9839, 9840, 9841, 9842, 9844, 9845, 9848, 9849, 9850
9851, 9852, 9853, 9854, 9861, 9864, 9867, 9884, 9885, 9886, 9887
9889, 9902, 9903, 9910, 9914, 9924, 9950, 9952, 9956, 9957, 9960
9971, 9981, 9982, 9988, 9989, 9990, 9992, 9995, 9998, 10005, 10006
1007, 10009, 10010, 10035, 10036, 10037 y 10038.

(*b*) FALTA DE JURISDICCIÓN